UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIX FLAGS DISCOVERY KINGDOM, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2085-WBS-EFB P<br><br><br>ORDER |

Plaintiff is a former county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his second amended complaint. The court notes, however, that plaintiff has had ample time to file an amended complaint and that doing so should not require extensive resources or research. An amended complaint should not include legal citations and need not contain unnecessarily detailed factual allegations.

Accordingly, plaintiff's request (ECF No. 19) is granted to the extent that plaintiff has 30 days from the date this order is served to file an amended complaint. The court is unlikely to grant further extensions of time.

So ordered.

Dated: October 25, 2017.

　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE